UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN J. TREGONING and<br>KATHLEEN WELDON TREGONING<br><br>    Plaintiffs / Counter-Claim Defendants<br><br>v.<br><br>ROWAN'S LANDSCAPE COMPANY, INC.<br><br>    Defendant/Counter-Claim Plaintiff | Case No.:1:14-cv-01560-CMH-JFA |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the parties in the above-captioned matter, through their respective attorneys, as evidenced by the signatures below, that this action shall be dismissed pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees, as all matters in controversy for which this action was brought have been settled, compromised, and adjourned.

Dated: February 9th, 2014            Respectfully submitted,

WE ASK FOR THIS:

                                                                            JOHN J. TREGONING and
                                                                           KATHLEEN WELDON TREGONING
                                                                           By Counsel

/s/Leonard P. Buscemi
Leonard P. Buscemi, VSB#: 30869
5531 Lee Highway, Suite 204
Arlington, Virginia 22207
Tel: (703) 528-8477
Fax: (703) 528-8474
Email: buscemilaw@aol.com

Counsel for Plaintiffs/Counter-Claim Defendants

WE ASK FOR THIS:

>ROWAN'S LANDSCAPE COMPANY, INC.
>By Counsel

/s/Michael C. Whitticar, VSB# 32968
NOVA IP Law, PLLC
7001 Heritage Village Plaza, #205
Gainesville, Virginia 20155,
(571) 386-2980 (phone)
(855) 295-0740 (facsimile)
*mikew@novaiplaw.com* (e-mail)

Counsel for Defendant/Counter-Claim Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing The Parties Joint Stipulation of Dismissal was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Virginia on this 9th day of February, 2015, and served on Defendant's counsel mentioned below through the Court's CM/ECF system.

>/s/Leonard P. Buscemi